**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | KKC Restaurants, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA  Jaxson's |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-0954023 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **443 Lake June Rd** <br> **Lake Placid, FL 33852** <br> Number, Street, City, State & ZIP Code | **413 Darter St NW** <br> **Lake Placid, FL 33852** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Highlands** <br> County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    jaxsonsrestaurant.com

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **KKC Restaurants, Inc.**                                    Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __7225__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor   **KKC Restaurants, Inc.**
Name

Case number (*if known*)

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other   **GL policy does not include perishable food coverage**

**Where is the property?**   **443 Lake June Rd**
**Lake Placid, FL, 33852-0000**
Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

| | Statistical and administrative information |
|---|---|

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **KKC Restaurants, Inc.**                                                    Case number (*if known*) _____
        Name

**16.  Estimated liabilities**
☐ $0 - $50,000                    ☐ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **KKC Restaurants, Inc.**                                    Case number (*if known*) _____
       Name

| | |
|---|---|
| ▮ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  9, 2024**
         MM / DD / YYYY

X **/s/ Bobby Jo McKellar**                              **Bobby Jo McKellar**
Signature of authorized representative of debtor          Printed name

Title    **President**

---

**18. Signature of attorney**

X **/s/ Bradley S. Shraiberg**                    Date **December  9, 2024**
Signature of attorney for debtor                      MM / DD / YYYY

**Bradley S. Shraiberg 121622**
Printed name

**Shraiberg Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone   **561 443 0800**      Email address   **bss@slp.law**

**121622 FL**
Bar number and State

| Fill in this information to identify the case: |
|---|
| Debtor name    **KKC Restaurants, Inc.** |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 9, 2024**        X _Bobby Jo McKellar_
                                            Signature of individual signing on behalf of debtor

**Bobby Jo McKellar**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **KKC Restaurants, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Byz Funder Attn: CEO, President, Officer 530 7th Ave Ste 505 New York, NY 10018** | **customerservice@ byzfunder.com 888 476 0755** | **Hard Money Loan** | | | | **$9,750.00** |
| **Coker Fuel, Inc. 3515 US 27 South Sebring, FL 33870** | | **Propane. Lease.** | | | | **$1,500.00** |
| **Duke Energy 550 South Tyron St Charlotte, NC 28202** | | **Utilities - Energy** | | | | **$1,337.35** |
| **Ecolab 100 Village Square Crossing Ste 102 Palm Beach Gardens, FL 33410** | | **Dishwasher servicing** | | | | **$149.13** |
| **Florida Department of Revenue Lakeland Service Center 115 S Missouri Ave Ste 202 Lakeland, FL 33815-4644** | | **Sales Tax, 2024. Get update as of October _, 2024.** | | | | **$173,995.18** |
| **Global Capital Experts GCE (East Hudson) Attn: CEO, President, Officer 27-01 Queens Plaza N Ste 802 Long Island City, NY 11101** | **underwriting@glob alfundingexperts.c om 877 253 7686** | **Hard money loan.** | | | | **$141,070.63** |
| **Gordon Foods PO Box 88029 Chicago, IL 60680** | | **Food supplier** | | | | **$1,913.66** |

| Debtor | KKC Restaurants, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Highlands County Tax Collector c/o Eric T. Zwayer 540 S. Commerce Ave Sebring, FL 33870-3867** | | **2024 Tangible Personal Property Taxes and Assessments** | | | | **$1,397.45** |
| **KaTom Restaurant Supply, Inc. Attn: Legal Department 305 Katom Dr Ste 1 Kodak, TN 37764** | | **Gas Range 60" (6) Open 24" RBG (2) Std Man W/Cast purchase** | | | | **$3,328.05** |
| **Martha Martinez 4473 NC Hwy 39 Selma, NC 27576** | | **Unpaid payroll** | | | | **$156.82** |
| **McKellar Holdings, LLC d/b/a McKellar Holdings 413 Darter St NW Lake Placid, FL 33852** | | **Unpaid rent to landlord. 1 month delinquent** | | | | **$6,200.00** |
| **Millstone Funding Attn: CEO, President, Officer 101 Sinn St Patchogue, NY 11772** | 631 316 2812 jenn@millstonefunding.com | **Hard money loan. Claim amount as of May, 2024.** | | | | **$16,907.72** |
| **Sesac 35 Music Square East Nashville, TN 37203-4362** | ddemonico@sesac.com | **Music Performance License** | | | | **$3,272.70** |
| **Shift4 Corporate Headquarters 3501 Corporate Pkwy Center Valley, PA 18034** | | **Point of Sale System. Prior lease.** | | | | **$2,222.86** |
| **Smart Business Attn: CEO, President, Officer 20515 NE 22nd Ave Miami, FL 33180** | | **Hard money loan. UCC-1 202303258810 filed, lien does not attach to any value in the Debtor's assets.** | | | | **$160,816.60** |
| **Sysco Corporation 1390 Enclave Pkwy Houston, TX 77077** | | **Food supplier** | | | | **$15,477.33** |

Debtor   **KKC Restaurants, Inc.**                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TWC Services, Inc.**<br>**PO Box 14496**<br>**Des Moines, IA**<br>**50306-3496** | | **Ice dispenser machine servicer and supplier** | | | | **$389.51** |
| **Vestis fka Aramark**<br>**2680 Palumbo Dr**<br>**Lexington, KY 40509** | | **Uniform service provider** | | | | **$4,548.58** |

**Fill in this information to identify the case:**

Debtor name     **KKC Restaurants, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................ $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................... $ _____ 34,200.78

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................. $ _____ 34,200.78

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____ 82,755.08

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ _____ 175,549.45

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ _____ 368,884.12

4.   **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b

| $ _____ 627,188.65 |
|---|

**Fill in this information to identify the case:**

Debtor name    **KKC Restaurants, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$1,000.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    **Crews Bank & Trust value as of 12/05/2024** | **Checking** | **1160** | **$3,940.78** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$4,940.78** |

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.    **Deposit with Duke Energy** | **$2,190.00** |
|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Debtor    **KKC Restaurants, Inc.**                                    Case number *(If known)* _____
          Name

9.    **Total of Part 2.**                                                          | $2,190.00 |
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Food. The Debtor has contracts with Florida food suppliers and distributors and receives food supplies three times per week and alcoholic beverages once per week respectively. The value varies daily between $15,000 and $20,000.** | **Ongoing** | **$21,000.00** | **Mgmt Opinion** | **$14,000.00** |

23.    **Total of Part 5.**                                                         | $14,000.00 |
       Add lines 19 through 22. Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☐ No
       ■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☐ No
       ■ Yes. Book value    **13,528.47**    Valuation method    **Purchase Price**    Current Value    **6,765.00**

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor  **KKC Restaurants, Inc.**  Case number *(If known)* _____
_____
Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Wooden outdoor bar** | $0.00 | | $400.00 |
| | **Tables and seating. See attached list.** | $5,480.00 | | $4,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Adobe Software Programs** | $0.00 | | $0.00 |
| | **Libre Office Software Programs** | $0.00 | | $0.00 |
| | **HP Desktop Computer** | $1,200.00 | | $120.00 |
| | **Epson Printer** | $1,000.00 | | $100.00 |
| | **Computer software: microsoft office suite, adobe creative cloud, libre office.** | $0.00 | | $0.00 |
| | **Entertainment system: 5 tv screens ($300), 1 karaoke monitor ($10)** | $0.00 | | $1,510.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1.  **License Plates x85** | $85.00 | | $85.00 |
| | 42.2.  **Wall decorations. See attached list.** | $55.00 | | $55.00 |

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $6,270.00 |
|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

Debtor    **KKC Restaurants, Inc.**                                  Case number *(If known)* _____
　　　　　Name

■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.　**Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.　**Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.　**Aircraft and accessories** | | | |
| 50.　**Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **Alto-Shaam Storage Container** | $0.00 | Mgmt Opinion | $800.00 |
| **6-Burner flat top oven and stove** | $0.00 | Mgmt Opinion | $1,500.00 |
| **Point of Sale System (Leased from Clover) - 3<br>monitors, 3 cash registers, 3 receipt printers, 2<br>kitchen monitors, 1 kitchen printer** | $0.00 | | $0.00 |
| **Dishwasher (Lease - Ecolab Inc.)** | $0.00 | | $0.00 |
| **Ice Storage  & Dispenser Unit (Lease - TWC<br>Services)** | $0.00 | | $0.00 |
| **2x Deep Friers** | $0.00 | Mgmt Opinion | $1,000.00 |
| **Walk-in Refrigerator (Fixture)** | $0.00 | | $0.00 |
| **Walk-in Freezer (Fixture)** | $0.00 | | $0.00 |
| **Hobart Meat Slicer** | $0.00 | Mgmt Opinion | $0.00 |
| **Refrigerated Prep Table** | $0.00 | Mgmt Opinion | $1,000.00 |
| **6-Tap Bar Kegerator Cooler** | $0.00 | Mgmt Opinion | $1,500.00 |

Debtor    **KKC Restaurants, Inc.**                                    Case number *(If known)* _____
          Name

| **Reachin Beer Cooler** | **$0.00** | **Mgmt Opinion** | **$1,000.00** |
| **Generac Diesel generator** | **$0.00** | | **$0.00** |

51.    **Total of Part 8.**                                              | **$6,800.00** |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1.    **443 Lake June Road - Lot includes Restaurant Building and adjacent Parking Lot** | **Leased** | **$0.00** | | **$0.00** |

56.    **Total of Part 9.**                                              | **$0.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Debtor **KKC Restaurants, Inc.** _____  Case number *(If known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **jaxsonsrestaurant.com** | **$0.00** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** **Seating Food Service License (through 12/01/2024)** | **$0.00** | | **$0.00** |
| **Alcohol License (through 03/31/2025)** | **$0.00** | | **$0.00** |
| **Restaurant Operating Permit (through 03/31/2025)** | **$0.00** | | **$0.00** |
| 63. **Customer lists, mailing lists, or other compilations** **Facebook.com Followers (approx. 10,000 accounts)** | **$0.00** | | **$0.00** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

| | |
|---|---|
| Add lines 60 through 65. Copy the total to line 89. | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

&#9632; No
&#9633; Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

&#9632; No
&#9633; Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

&#9632; No
&#9633; Yes

---

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

&#9633; No.  Go to Part 12.
&#9632; Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Debtor    **KKC Restaurants, Inc.**                                    Case number *(If known)* _____
_____
Name

Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
       **Debtor has applied for an employee retention tax credit of $178,000.**                                                        **$0.00**
       _____

---

78.    **Total of Part 11.**                                                              | **$0.00** |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **KKC Restaurants, Inc.**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,940.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,190.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $14,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,270.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,800.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $34,200.78 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $34,200.78 |

## Schedule A/B 39.2 - Attachment:
### Tables and Seating

| Item | Quantity | Value | Total Amount |
|---|---|---|---|
| Low Tables | 14 | $20.00 | $280.00 |
| High Top Tables | 4 | $20.00 | $80.00 |
| Long Low top Table | 2 | $50.00 | $100.00 |
| Metal Outdoor Tables | 12 | $200.00 | $2,400.00 |
| Outdoor Chairs | 26 | $20.00 | $520.00 |
| Wooden Brown/Black Chairs | 42 | $10.00 | $420.00 |
| Folding chairs | 26 | $5.00 | $130.00 |
| Wooden High Top Chairs | 5 | $10.00 | $50.00 |
| Aluminum Hightop Chairs | 20 | $15.00 | $300.00 |
| Black Bar Stools | 10 | $100.00 | $1,000.00 |
| Booths | 6 | $30.00 | $180.00 |
| | | Total: | $5,460.00 |

## Schedule A/B 42.2 - Attachment:
### Wall Decorations

| Item | Quantity | Value | Total Amount |
|---|---|---|---|
| Wall Decor Guitars | 5 | $5.00 | $25.00 |
| Wall Decor Drums | 2 | $5.00 | $10.00 |
| Wall Decor Fish Mount | 1 | $20.00 | $20.00 |
| | | Total: | $55.00 |

**Fill in this information to identify the case:**

Debtor name **KKC Restaurants, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |
| **2.1** **Headway Capital, LLC** | Describe debtor's property that is subject to a lien | **$82,755.08** | **$0.00** |

Creditor's Name

**Attn: CEO, President, Officer**
**175 W Jackson Blvd Ste 600**
**Chicago, IL 60604**

**Business-use line of credit. Partially secured. Loan number 2023FL676521075**

Creditor's mailing address

**support@headwaycapital.c om**

Creditor's email address, if known

**Date debt was incurred**
**01/24/2023**

**Last 4 digits of account number 3298**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien
**UCC-1 202402373944**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$82,755.08**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Headway Capital, LLC**
**175 W Jackson Blvd Ste 1000**
**Chicago, IL 60604** | Line **2.1** | |

| Fill in this information to identify the case: |
|---|

Debtor name __**KKC Restaurants, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Florida Department of Revenue**<br>**Lakeland Service Center**<br>**115 S Missouri Ave Ste 202**<br>**Lakeland, FL 33815-4644** | $173,995.18 | $173,995.18 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/09/2024**

Basis for the claim:
**Sales Tax, 2024. Judgment lien entered August, 2024.**

Last 4 digits of account number **6898**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Highlands County Tax Collector**<br>**c/o Eric T. Zwayer**<br>**540 S. Commerce Ave**<br>**Sebring, FL 33870-3867** | $1,397.45 | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2024 Tangible Personal Property Taxes and Assessments**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor   **KKC Restaurants, Inc.**   Case number (if known) _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**For notification purposes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.82 | $156.82 |
|---|---|---|---|---|

**Martha Martinez**
**4473 NC Hwy 39**
**Selma, NC 27576**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/2024**

Basis for the claim:
**Unpaid payroll**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**U.S. Securities and Exchange**
**Commission**
**Office of Reorganization**
**950 East Paces Ferry Rd Ste 900**
**Atlanta, GA 30326-1382**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notification purposes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASCAP**
**Attn: CEO, President, Officer**
**250 West 57th St 14th Flr**
**New York, NY 10107**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:   **ASCAP music license.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Broadcast Music, Inc.**
**10 Music Square East**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:   **Music license.**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **KKC Restaurants, Inc.**                                      Case number *(if known)* _____
            Name

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,750.00 |
|---|---|---|---|

**Byz Funder**
**Attn: CEO, President, Officer**
**530 7th Ave Ste 505**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October, 2023**

Basis for the claim:  **Hard Money Loan. UCC-1 202302894994 filed, lien does not attach to any value in the Debtor's assets.**

Last 4 digits of account number  **0755**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clover Network, LLC**
**Attn: CEO, President, Officer**
**600 N. Vel R. Phillips Ave**
**Milwaukee, WI 53203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Equipment lessor**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Coca-Cola Beverages Florida, LLC**
**Attn: Exec Vice President**
**10117 Princess Palm Ave Ste 100**
**Tampa, FL 33610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Lessor. For notification purposes.**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Coker Fuel, Inc.**
**3515 US 27 South**
**Sebring, FL 33870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2024**

Basis for the claim:  **Propane. Lease.**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,337.35 |
|---|---|---|---|

**Duke Energy**
**550 South Tyron St**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2024**

Basis for the claim:  **Utilities - Energy**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $149.13 |
|---|---|---|---|

**Ecolab**
**100 Village Square Crossing Ste 102**
**Palm Beach Gardens, FL 33410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Dishwasher servicing**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ERC Filing Financial Match**
**9465 Wilshire Blvd**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **ERTC refund services.**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **KKC Restaurants, Inc.**
_____
Name

Case number (*if known*) _____

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141,070.63 |

**Global Capital Experts GCE (East Hudson)**
**Attn: CEO, President, Officer**
**27-01 Queens Plaza N Ste 802**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December, 2023**

Last 4 digits of account number __

Basis for the claim:  **Hard money loan. UCC-1 202303470070 filed, lien does not attach to any value in the Debtor's assets.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,913.66 |

**Gordon Foods**
**PO Box 88029**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2024**

Last 4 digits of account number  **3502**

Basis for the claim:  **Food supplier**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,328.05 |

**KaTom Restaurant Supply, Inc.**
**Attn: Legal Department**
**305 Katom Dr Ste 1**
**Kodak, TN 37764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July, 2022**

Last 4 digits of account number  **8829**

Basis for the claim:  **Gas Range 60" (6) Open 24" RBG (2) Std Man W/Cast purchase**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,200.00 |

**McKellar Holdings, LLC**
**d/b/a McKellar Holdings**
**413 Darter St NW**
**Lake Placid, FL 33852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2024**

Last 4 digits of account number __

Basis for the claim:  **Unpaid rent to landlord. 1 month delinquent**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,907.72 |

**Millstone Funding**
**Attn: CEO, President, Officer**
**101 Sinn St**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August, 2023**

Last 4 digits of account number __

Basis for the claim:  **Hard money loan. Claim amount as of May, 2024. UCC-1 202401466604 filed, lien does not attach to any value in the Debtor's assets.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,272.70 |

**Sesac**
**35 Music Square East**
**Nashville, TN 37203-4362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July, 2023**

Last 4 digits of account number  **5329**

Basis for the claim:  **Music Performance License**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,222.86 |

**Shift4**
**Corporate Headquarters**
**3501 Corporate Pkwy**
**Center Valley, PA 18034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **7676**

Basis for the claim:  **Point of Sale System. Prior lease.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **KKC Restaurants, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160,816.60 |
|---|---|---|---|

**Smart Business**
**Attn: CEO, President, Officer**
**20515 NE 22nd Ave**
**Miami, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 31, 2024**

Last 4 digits of account number _

Basis for the claim:  **Hard money loan. UCC-1 202303258810 filed, lien does not attach to any value in the Debtor's assets.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,477.33 |
|---|---|---|---|

**Sysco Corporation**
**1390 Enclave Pkwy**
**Houston, TX 77077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2024**

Last 4 digits of account number  **4608**

Basis for the claim:  **Food supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Triton Recovery Group**
**Attn: Bankruptcy**
**19790 W Dixie Hwy Ste 301**
**Miami, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For notification purposes.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $389.51 |
|---|---|---|---|

**TWC Services, Inc.**
**PO Box 14496**
**Des Moines, IA 50306-3496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ice dispenser machine servicer and supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,548.58 |
|---|---|---|---|

**Vestis fka Aramark**
**2680 Palumbo Dr**
**Lexington, KY 40509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2024**

Last 4 digits of account number  **4490**

Basis for the claim:  **Uniform service provider**

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ASCAP**<br>**c/o Christopher Champlain**<br>**8339 Weatherford Ave**<br>**Brooksville, FL 34613** | Line  **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **ASCAP**<br>**Two Music Square West**<br>**Nashville, TN 37203** | Line  **3.1**<br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **KKC Restaurants, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| | | | |
|---|---|---|---|
| **4.3** | **ASCAP**<br>**c/o Christopher Champlain**<br>**250 W 57th St**<br>**New York, NY 10107** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| **4.4** | **Christopher A. Martinez, Esq.**<br>**Martinez Law PA**<br>**2525 Ponce de Leon Blvd Ste 300**<br>**Miami, FL 33134** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| **4.5** | **Coca-Cola Beverages Florida, LLC**<br>**Attn: General Counsel**<br>**10117 Princess Palm Ave Ste 100**<br>**Tampa, FL 33610** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| **4.6** | **Corporation Service Company**<br>**as Representative**<br>**PO Box 2576**<br>**Springfield, IL 62708** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| **4.7** | **Corporation Service Company**<br>**as Representative**<br>**PO Box 2576**<br>**Springfield, IL 62708** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| **4.8** | **First Data Merchant Services**<br>**4000 Coral Ridge Dr**<br>**Pompano Beach, FL 33065** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| **4.9** | **First Data Merchant Services, LLC**<br>**1169 Canton Rd**<br>**Marietta, GA 30066** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| **4.10** | **Millstone Funding**<br>**560 Broadhollow Rd Ste 310**<br>**Melville, NY 11747** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| **4.11** | **Millstone Funding**<br>**80 G Montauk Hwy Ste 2**<br>**Amityville, NY 11701** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| **4.12** | **Sesac**<br>**PO Box 737457**<br>**Dallas, TX 75373-7457** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| **4.13** | **Shift4**<br>**2202 N Irving St**<br>**Allentown, PA 18109** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| **4.14** | **TWC Services, Inc.**<br>**12515 US 98**<br>**Sebring, FL 33876** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

Debtor    **KKC Restaurants, Inc.**

Name

Case number (*if known*) _____

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 175,549.45 |
| **5b. Total claims from Part 2** | 5b. + | $ 368,884.12 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 544,433.57 |

**Fill in this information to identify the case:**

Debtor name   **KKC Restaurants, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Point of Sale System lease. 3 Clover Station Solo, 1 Clover Flex 3, 1 Clover Ktichen Printer (Star Sp700)** | |
| | State the term remaining | | **Clover Network, LLC Attn: CEO, President, Officer 600 N. Vel R. Phillips Ave Milwaukee, WI 53203** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Soda equipment** | |
| | State the term remaining | | **Coca-Cola Beverages Florida, LLC Attn: Exec Vice President 10117 Princess Palm Ave Ste 100 Tampa, FL 33610** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Propane Delivery Commercial Service Agreement** | |
| | State the term remaining | | **Coker Fuel, Inc. 3515 US 27 South Sebring, FL 33870** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Internet** | |
| | State the term remaining | | **Comcast Business Services Attn: CEO, President, Officer 1701 JFK Blvd Philadelphia, PA 19103** |
| | List the contract number of any government contract | | |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          Page 1 of 2

Debtor 1    **KKC Restaurants, Inc.**                                          Case number *(if known)* _____

_____
First Name           Middle Name           Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Point of Sale System Service Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **Shift4 dba Harbor Touch Corporate Headquarters 3501 Corporate Pkwy Center Valley, PA 18034** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor makes weekly payments for food delivery services.** | |
|---|---|---|---|
| | State the term remaining | | **Sysco Corporation 1390 Enclave Pkwy Houston, TX 77077** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease/Maintenance Contract for ice machine** | |
|---|---|---|---|
| | State the term remaining | | **TWC Services, Inc. PO Box 14496 Des Moines, IA 50306-3496** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  **KKC Restaurants, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Bobby Jo McKellar** | **443 Lake June Rd Lake Placid, FL 33852 Guarantor** | **Headway Capital, LLC** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2  **Bobby Jo McKellar** | **443 Lake June Rd Lake Placid, FL 33852** | **Byz Funder** | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.3  **Bobby Jo McKellar** | **443 Lake June Rd Lake Placid, FL 33852** | **Global Capital Experts GCE (East Hudson)** | ☐ D _____ <br> ■ E/F __3.10__ <br> ☐ G _____ |
| 2.4  **Bobby Jo McKellar** | **443 Lake June Rd Lake Placid, FL 33852** | **Millstone Funding** | ☐ D _____ <br> ■ E/F __3.14__ <br> ☐ G _____ |
| 2.5  **McKellar Holdings, LLC** | **413 Darter St NW Lake Placid, FL 33852 Exhibit "A" to contract** | **Smart Business** | ☐ D _____ <br> ■ E/F __3.17__ <br> ☐ G _____ |

Debtor    **KKC Restaurants, Inc.**                                    Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

**Fill in this information to identify the case:**

Debtor name   **KKC Restaurants, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From  **1/01/2024** to **Filing Date** | ■ Operating a business ■ Other  **Internal P&L Cash Basis** | **$1,572,154.18** |
| **For prior year:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other  **2023 Tax Return** | **$1,948,517.00** |
| **For year before that:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other  **2022 Tax Return** | **$1,878,813.00** |
| **For the fiscal year:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business ■ Other  **2021 Tax Return** | **$1,706,097.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor  **KKC Restaurants, Inc.**                              Case number *(if known)* _____

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Sysco Corporation**<br>**1390 Enclave Pkwy**<br>**Houston, TX 77077** | **9/6, 9/12,**<br>**9/17, 9/25,**<br>**10/02, 10/16,**<br>**10/23, 10/29** | **$51,862.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Southern Glazier's**<br>**PO Box 947921**<br>**Atlanta, GA 30394-7921** | **11 Payments**<br>**between**<br>**08/29/2024**<br>**through**<br>**11/07/2024** | **$9,121.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Cheney Brothers**<br>**One Cheney Way**<br>**Punta Gorda, FL 33982-4401** | **08/27/2024**<br>**09/09/2024**<br>**09/10/2024**<br>**09/17/2024**<br>**09/24/2024** | **$8,010.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **McKellar Holdings, LLC**<br>**413 Darter Street NW**<br>**Lake Placid, FL 33852** | **Monthly**<br>**rental**<br>**payments** | **$12,400.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other_**Rent**_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Bobby McKellar** | | **$0.00** | |
| 4.2. | **JJ McKellar** | | **$0.00** | |
| 4.3. | **Kestyn Farishian**<br>**443 Lake June Rd**<br>**Lake Placid, FL 33852**<br>**Daughter-to-President** | **Weekly**<br>**payroll** | **$10,903.01** | **General salary** |
| 4.4. | **Information to follow** | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor   **KKC Restaurants, Inc.** _____   Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Smart Business v. KKC Restaurants Inc. dba Jaxson's, and Bobby Jo McKellar** **2024-012693 CA 01** | **Civil** | **Lawson E. Thomas Court Center** **175 NW 1st Ave** **Miami, FL 33128** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

Debtor    **KKC Restaurants, Inc.**                                    Case number *(if known)*

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Shraiberg Page PA**<br>**2385 NW Executive Center Dr**<br>**Suite 300**<br>**Boca Raton, FL 33431** | **Attorney Fees** | **12/6/2024** | **$21,738.00** |
| | Email or website address<br>**bss@slp.law** | | | |
| | Who made the payment, if not debtor?<br>**The Fox Law Corporation, Inc.** | | | |
| 11.2. | **The FoxLaw Corporation**<br>**17835 Ventura Blvd, Suite 306**<br>**Encino, CA 91316** | **Attorneys Fees** | **8/2024 - 11/2024 ($2,500 and $40,000. In addition, received $21,738 that was then transferred to Shraiberg Page P.A.)** | **$42,500.00** |
| | Email or website address<br>**srfox@foxlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor    KKC Restaurants, Inc.                                    Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | **Jim JJ McKellar** **443 Lake June Rd** **Lake Placid, FL 33852** | **Periodic deposits of monies into his personal account. All monies less draws estimated to be approximately $23,440, were later transferred to the Debtor.** | **08/2024 through 11/2024** | **$134,930.00** |
| | Relationship to debtor **Husband-to-Managing Member** | | | |

---

**Part 7:**    **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

Debtor    **KKC Restaurants, Inc.** _____    Case number _(if known)_ _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Heartland National Bank** **Attn: CEO, President, Officer** **320 US Hwy 27 N** **Sebring, FL 33870** | **XXXX-2627** | ☐ Checking ■ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **October, 2024** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Bobby McKellar** | **443 Lake June Rd** **Lake Placid, FL 33852** | **Office furniture** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **JJ Taylor Distributing Florida, Inc.** **5102 S. 16th Ave** **Tampa, FL 33619** | **443 Lake June Rd** **Lake Placid, FL 33852** | **Neon lights and paraphernalia** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **McKellar Holdings, LLC** **413 Darter Street NW** **Lake Placid, FL 33852** | **443 Lake June Rd** **Lake Placid, FL 33852** | **On site generator owned by the Landlord corporation, McKellar Holdings, LLC d/b/a McKellar Holdings** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Bernie Little Distributors** **2100 Scenic Hwy** **Sebring, FL 33870** | **443 Lake June Rd** **Lake Placid, FL 33852** | **Neon lights and paraphernalia** | **$0.00** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

Debtor    KKC Restaurants, Inc.                                                    Case number *(if known)*

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| **KKC Restaurant, Inc.<br>443 Lake June Rd<br>Lake Placid, FL 33852** | **[NEED]** | **Septic field drainage violation.** | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
| --- | --- | --- |
| 26a.1. | **Bobby Jo McKellar<br>443 Lake June Rd<br>Lake Placid, FL 33852** | |
| 26a.2. | **Nikki Lesch<br>PO Box 2676<br>Riverside, CA 92516** | **Fall, 2024 - Current** |

| Debtor | KKC Restaurants, Inc. | Case number *(if known)* | |
|---|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Insurance Service Group**<br>**PO Box 56119**<br>**Saint Petersburg, FL 33732** | **Audit period:**<br>**05/27/2024 -**<br>**05/27/2024** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Afirm Insurance**<br>**3528 Precision Dr Ste 200**<br>**Fort Collins, CO 80528** | **Audit period:**<br>**06/01/2023 -**<br>**06/01/2024** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Bobby McKellar** | |
| 26c.2. **Nikki Lesch** | |
| 26c.3. **Ryan Leonardo**<br>**3960 Boulder Dr**<br>**Jarupa, CA 92509** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Sysco Corporation**<br>**1390 Enclave Pkwy**<br>**Houston, TX 77077** |
| 26d.2. **Byz Funder**<br>**530 7th Ave Ste 505**<br>**New York, NY 10018** |
| 26d.3. **GFE (East Hudson)**<br>**27-01 Queens Plaza N Ste 802**<br>**Long Island City, NY 11101** |
| 26d.4. **Headway Capital, LLC**<br>**175 W Jackson Blvd Ste 600**<br>**Chicago, IL 60604** |
| 26d.5. **Millstone Funding**<br>**101 Sinn St**<br>**Patchogue, NY 11772** |
| 26d.6. **Smart Business**<br>**20515 NE 22nd Ave**<br>**Miami, FL 33180** |

| Debtor | KKC Restaurants, Inc. | Case number *(if known)* | |
|---|---|---|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | JJ McKellar | November, 2024 | See Sch A/B |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | KKC Restaurant, Inc.<br>443 Lake June Rd<br>Lake Placid, FL 33852 |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Bobby Jo McKellar<br>443 Lake June Rd<br>Lake Placid, FL 33852 | | | |
| | Relationship to debtor<br>President | | | |
| 30.2. | Jim JJ McKellar<br>443 Lake June Rd<br>Lake Placid, FL 33852 | | | |
| | Relationship to debtor<br>Husband to President | | | |
| 30.3. | Cailyn Jo McKellar<br>443 Lake June Rd<br>Lake Placid, FL 33852 | $5,832.29 | Weekly<br>2023-2024 | |
| | Relationship to debtor<br>Daughter-to-President | | | |

Debtor   **KKC Restaurants, Inc.**
Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **Kestyn Farishian**<br>**443 Lake June Rd**<br>**Lake Placid, FL 33852** | **$10,903.01** | **Weekly**<br>**2023-2024** | **General salary** |
| | **Relationship to debtor**<br>**Daughter-to-President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  9, 2024**

**/s/ Bobby Jo McKellar**
Signature of individual signing on behalf of the debtor

**Bobby Jo McKellar**
Printed name

Position or relationship to debtor   **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

## United States Bankruptcy Court
### Southern District of Florida

In re **KKC Restaurants, Inc.**

Debtor(s)

Case No.

Chapter **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bobby McKellar** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **December  9, 2024**

Signature **/s/ Bobby Jo McKellar**

**Bobby Jo McKellar**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re    **KKC Restaurants, Inc.**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December  9, 2024**

**/s/ Bobby Jo McKellar**

**Bobby Jo McKellar**/**President**
Signer/Title

.

ASCAP
Attn: CEO, President, Officer
250 West 57th St 14th Flr
New York, NY 10107


ASCAP
c/o Christopher Champlain
8339 Weatherford Ave
Brooksville, FL 34613


ASCAP
c/o Christopher Champlain
250 W 57th St
New York, NY 10107


ASCAP
Two Music Square West
Nashville, TN 37203


Bobby Jo McKellar
443 Lake June Rd
Lake Placid, FL 33852


Broadcast Music, Inc.
10 Music Square East
Nashville, TN 37203


Byz Funder
Attn: CEO, President, Officer
530 7th Ave Ste 505
New York, NY 10018


Christopher A. Martinez, Esq.
Martinez Law PA
2525 Ponce de Leon Blvd Ste 300
Miami, FL 33134


Clover Network, LLC
Attn: CEO, President, Officer
600 N. Vel R. Phillips Ave
Milwaukee, WI 53203


Coca-Cola Beverages Florida, LLC
Attn: Exec Vice President
10117 Princess Palm Ave Ste 100
Tampa, FL 33610

Coca-Cola Beverages Florida, LLC
Attn: General Counsel
10117 Princess Palm Ave Ste 100
Tampa, FL 33610


Coker Fuel, Inc.
3515 US 27 South
Sebring, FL 33870


Comcast Business Services
Attn: CEO, President, Officer
1701 JFK Blvd
Philadelphia, PA 19103


Corporation Service Company
as Representative
PO Box 2576
Springfield, IL 62708


Duke Energy
550 South Tyron St
Charlotte, NC 28202


Ecolab
100 Village Square Crossing Ste 102
Palm Beach Gardens, FL 33410


ERC Filing Financial Match
9465 Wilshire Blvd
Beverly Hills, CA 90212


First Data Merchant Services
4000 Coral Ridge Dr
Pompano Beach, FL 33065


First Data Merchant Services, LLC
1169 Canton Rd
Marietta, GA 30066


Florida Department of Revenue
Lakeland Service Center
115 S Missouri Ave Ste 202
Lakeland, FL 33815-4644

Global Capital Experts GCE (East Hudson)
Attn: CEO, President, Officer
27-01 Queens Plaza N Ste 802
Long Island City, NY 11101


Gordon Foods
PO Box 88029
Chicago, IL 60680


Headway Capital, LLC
Attn: CEO, President, Officer
175 W Jackson Blvd Ste 600
Chicago, IL 60604


Headway Capital, LLC
175 W Jackson Blvd Ste 1000
Chicago, IL 60604


Highlands County Tax Collector
c/o Eric T. Zwayer
540 S. Commerce Ave
Sebring, FL 33870-3867


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


KaTom Restaurant Supply, Inc.
Attn: Legal Department
305 Katom Dr Ste 1
Kodak, TN 37764


Martha Martinez
4473 NC Hwy 39
Selma, NC 27576


McKellar Holdings, LLC
d/b/a McKellar Holdings
413 Darter St NW
Lake Placid, FL 33852


McKellar Holdings, LLC
413 Darter St NW
Lake Placid, FL 33852

```
Millstone Funding
Attn: CEO, President, Officer
101 Sinn St
Patchogue, NY 11772


Millstone Funding
560 Broadhollow Rd Ste 310
Melville, NY 11747


Millstone Funding
80 G Montauk Hwy Ste 2
Amityville, NY 11701


Sesac
35 Music Square East
Nashville, TN 37203-4362


Sesac
PO Box 737457
Dallas, TX 75373-7457


Shift4
Corporate Headquarters
3501 Corporate Pkwy
Center Valley, PA 18034


Shift4
2202 N Irving St
Allentown, PA 18109


Shift4 dba Harbor Touch
Corporate Headquarters
3501 Corporate Pkwy
Center Valley, PA 18034


Smart Business
Attn: CEO, President, Officer
20515 NE 22nd Ave
Miami, FL 33180


Sysco Corporation
1390 Enclave Pkwy
Houston, TX 77077
```

Triton Recovery Group
Attn: Bankruptcy
19790 W Dixie Hwy Ste 301
Miami, FL 33180


TWC Services, Inc.
PO Box 14496
Des Moines, IA 50306-3496


TWC Services, Inc.
12515 US 98
Sebring, FL 33876


U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Rd Ste 900
Atlanta, GA 30326-1382


Vestis fka Aramark
2680 Palumbo Dr
Lexington, KY 40509