UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

KKC Restaurants, Inc., d/b/a
Jaxson's,

Chapter 11 (Subchapter V)

Case No. 24-22845

Debtor.

_____/

## FIRST DAY DECLARATION OF BOBBY JO MCKELLAR, PRESIDENT IN SUPPORT OF DEBTOR KKC RESTAURANT, INC.'S FIRST DAY MOTIONS

I, Bobby Jo McKellar, make this Declaration pursuant to 28 U.S.C. § 1746, and state:

1. I am the President of KKC Restaurants, Inc. d/b/a Jaxson's, (the "Debtor" or "KKC") which operates a full service restaurant in Lake Placid, Florida. My business address is 443 Lake June Road, Lake Placid, Florida. My statements are based on my personal knowledge and if called to testify concerning the contents of my declaration, I could and would do so competently. I submit this Declaration in support of the Debtor's First Day Motions.

### A. General Background

2. On December 4, 2024, (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. The Debtor continues to operate its business and manage its property as a debtor in possession pursuant to 11 U.S.C. §§ 1107(a) and 1108. No trustee, examiner or official committee have been appointed in this case. A sub-chapter v trustee will be appointed.

3. The Debtor operates Jaxson's, a restaurant in Lake Placid, Florida, an area of many lakes. Jaxson's offers a full lunch and dinner menu,, a full bar. entertainment and musical acts

and entertainment both indoors and outside. It is located near Lake June, one of many lakes in the area.. The restaurant attracts many tourists passing through the area with its many lakes. In the Lake Placid area, Jaxson's is the highest regarded of the restaurants there. Jaxson's began as a restaurant at least five decades ago and I acquired it first with partners, in 2015, and then I bought out the partners in 2020. I have modernized the restaurant in different ways, allowing patrons to order food ahead, going on to Facebook where Jaxson's has over 10,000 followers, putting Jaxson's on Internet review sites and updating the menu. I have also made a point of keeping Jaxson's charm and look which attract business. For the past few years, the Debtor's gross revenues have exceeded $1.7 million on an annualized basis with revenues in 2024 through November 29th at $1,572,154.18 with a net loss in 2024 of -$186,446.74. Decembers tend to be a solid month for business before the real season kicks in near the end of January.

4. The Debtor's financial issues are varied but they include the impact of Covid 19 on businesses. When the restaurant re-opened, we had considerable difficulties hiring enough employees and this problem continues to the present. The restaurant also faced cash flow shortages once I purchased at my then partners. With Covid, costs such as insurances went up quickly and other expenses increased. This led to difficulties paying sales taxes. At this time, almost like magic, the Merchant Cash Advance ("MCA") companies found us and hit us hard daily with phone calls and attractive offers to solve all of our problems with what I understood to be loans. We were sold on what looked like short term, high interest rates loans only to learn later that the loan repayment periods were very short and that the payments would essentially throttle the restaurant's cash flow. At one point, the Debtor was paying more than $30,000 monthly to MCAs with payment always taken

electronically. The MCAs were like fleas on a dog. They did not stop until they broke the business. The MCAs are owed a lot of money. To this day, they are doing whatever they can to disrupt the business and to collect monies.

5.  In the past couple of years, the Debtor fell behind in the payment of sales taxes to the State. The Debtor will remain current post-bankruptcy with the payment of sales taxes.

6.  We have considered the difficulties with the Debtor's business operation and we have determined that filing a chapter 11 petition will allow KKC to reorganize, to pay secured creditors to the extent they are actually secured, to pay the delinquent sales taxes in full and to pay a dividend to unsecured creditors, all while remaining in business. The filing of the petition will mean the stopping of the run on the Debtor's monies by MCAs and this alone will improve the Debtor's financial position.

7.  Many MCAs along with the State of Florida have filed liens or financing statements with the Florida Secretary of State. My understanding is that the list which follows lists them in the order of which filed first, second, etc.: (1) Headway Capital; (2) Byz Funder; (3) Global Capital Experts; (4) Smart Business; and (5) Millstone Funding. Headway, the entity that filed a lien first, holds a claim the Debtor has scheduled for $65,000. This is more than the value of the Debtor's assets. While the State filed a judgment lien for unpaid sales taxes, its lien was filed after the MCAs filed their liens. A copy of Headway Capital's UCC 1 Financing Statement is attached to the First Day Declaration as **Exhibit "A."**

**B.  Cash Collateral Motion**

8.  Through this bankruptcy, the Debtor intends to restructure its debts through a plan of reorganization. To this end, the Debtor has prepared a budget of weekly receipts, costs of goods sold, expenses and net operating cash flow. The period of the budget is the week

ending December 7, 2024 through the week ending March 22, 202. The Debtor anticipates total revenues of $562,000, total spending (costs of goods sold and expenses) of $545,656 and a net operating income of $17,344  Monies on hand should increase by over $15,000. I have spent time with the budget and I believe it is a reasonable forecast of the Debtor's financial performance. A true and correct copy of the budget is attached as **Exhibit "B."**

9.  The Debtor has an immediate and critical need to be permitted access to its monies ("Cash Collateral") in order to continue to operate its restaurant.  The Debtor proposes to use the Cash Collateral in accordance with the terms of the proposed budget The Debtor also requests that it be authorized: (i) to exceed any line item on the budget by an amount up to fifteen percent of each such line item; or (ii) to exceed any line item by more than fifteen percent so long as the total of all amounts in excess of all line items for the budget do not exceed fifteen percent in the aggregate of the total budget.

10. The Debtor is offering adequate protection to Headway, including a replacement lien on the Debtor's receivables and the Debtor's projected positive cash flow, to the extent Headway's prepetition lien would have attached to the Debtor's receivables and cash flow. Additional adequate protection is offered by the continued operation of the restaurant, the maintenance of the business, maintaining insurances and creating new cash collateral.

11. The continued operation of the restaurant will preserve the Debtor's going concern value and enable the Debtor to capitalize on that value through a reorganization.  If the Debtor cannot use cash collateral, it will be unable to operate and potentially cause harm to the property and diminish the value of the business.  In contrast, granting authority will allow the Debtor to maintain operations and preserve the going concern value of its business. This will benefit Headway and all other creditors.  The restaurant business is regular and

generates considerable monies. Attached as **Exhibit "C"** are true and correct copies of the

Debtor's year 2024 P&L Statement. It shows a considerable loss but the interest expense

of $420,148 reflects the payment of a lot of money to the MCAs.

**C. Payroll Motion**

12. The Debtor employs 18 full-time and part-time employees including 2 part time insiders.

In addition, James McKeller, my husband, and I are management. None of the 18 full and

part time employees earn more than $20.00 per hour before tips. In early 2025, the Debtor

will likely be adding a couple of more employees as the season opens up but the additional

employees are not the subject of the Debtor's motion to pay priority payroll.

13. Payroll is paid every Wednesday for the previous week (Sunday to Saturday). As

an example, the payroll is due to be paid on Wednesday, December 4, 2024 is for the period

November 24, 2024, through Saturday, November 30, 2024. In addition, the current

payroll cuts across the prepetition and post-petition periods.

14. The Debtor seeks authority to pay the payroll due for this payroll period which is

entirely a prepetition payroll and to pay the payroll for that portion of the current week that

is both a prepetition and post-petition payroll.

15. For the payroll due to be paid on Wednesday, December 11, 2024, the estimated

payroll is $6,755. This figure is the average of four weekly payrolls in November and so

is subject to some variance. The average of these payrolls does not include payroll for my

husband or for me. Our combined payroll is $5,000 twice monthly. We have not been

taking monies recently in orer to help the restaurant. When our salaries are added in, total

weekly payroll to be paid on December 11th is estimated to be an additional $2,500.00.

This does not include ADP's processing fees which typically do not exceed a couple of hundred dollars.

16. Attached to the First Day Declaration, marked **Exhibit "D,"** are true and correct copies of four recent weekly payroll reports showing payroll paid during November, 2024. These four payrolls are typical of the payrolls at issue here. I downloaded these reports from ADP. All of the payroll the Debtor seeks authority to pay through its payroll motion was earned prepetition and is below $15,150 in amount per employee.

17. The employees are employed by the Debtor. If any of them leave the Debtor, then the Debtor will not pay them the priority payroll. They are not highly compensated. They support families and others. Without these payrolls, they could be forced to seek other jobs. That would destabilize reorganization efforts. KKC already has difficulties from Covid 19 maintaining a sufficiently sized serving and cooking staff.

18. Payment of the employees' wages benefits creditors as the business will continue to operate. KKC needs its employees to reorganize. They provide crucial functions, e.g. serving customers, preparing food orders. Without them, the Debtor cannot reorganize.

19. KKC has the funds available on a regular basis to make payroll. KKC receives monies daily from customers and uses the funds, among other things, to pay payroll. It generates monies daily, close to $2 million annually, and will gave funds on hand to pay the two payrolls when they are due to be paid.

20. In the normal course, prepetition debts are paid through a plan. The employees, if not paid, will not wait to be paid through a plan and instead will leave the Debtor's employment. If some employees leave, that will impact the Debtor's ability to reorganize, impact the value of the Debtor's assets and business and hurt creditors.

21. To minimize the personal hardship remaining employees will suffer if employee-related obligations are not paid when due, and to maintain morale and an essential workforce, KKC seeks authority to pay - in its discretion - all prepetition priority payroll, to pay any prepetition employee business expenses again only within the priority limits, pay payroll taxes and other deductions for benefits as well as payroll processing costs.

**D. Utilities Motion**

22. The Debtor has significant utility usage in storing and in preparing food products for its customers. Without utility service, the Debtor could lose most of its food products. Uninterrupted utility services are essential to ongoing and future operations, including food storage and preparation and, therefore, to the success of the Debtor's case. Any interruption in utility service would be disruptive and jeopardize the Debtor's efforts to reorganize.

23. The Debtor has prepared a chart of its utility providers including name, address, average monthly usage and whether a deposit is already on hand with the utility provider. The chart is attached as **Exhibit "E."**

24. The Debtor intends to timely and to fully pay all post-petition obligations owed to Utility Providers. I expect that cash available during the case will be more than enough to pay all post-petition utility obligations. This expectation is reasonable because the Debtor grosses nearly $2 million annually from operating its restaurant.

25. The Debtor has generally paid its utility providers timely.

I declare under penalty of perjury that the foregoing is true and correct.
Executed in Lake Placid, Florida, this 9th day of December, 2024.

Bobby Jo McKellar

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via

Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this

case on December 9, 2024.

Respectfully submitted,

THE FOX LAW CORPORATION, INC.
*Proposed General Counsel for Debtor-in-Possession*
17835 Ventura Blvd Ste 306
Encino, CA 91316
srfox@foxlaw.com
Telephone. (818) 774-3545
Facsimile: (818) 774-3707
Email: Srfox@Foxlaw.com

By: /s/ Steven R. Fox
Steven R. Fox (Calif. SBN 138808)

*Pro Hac Vice Admittance Pending*

SHRAIBERG PAGE, P.A.
Proposed Local Counsel to the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: bss@slp.law

By:    /s/ Bradley S. Shraiberg
       Bradley S. Shraiberg
       Florida Bar No. 121622
       Samuel W. Hess
       Florida Bar No. 1044184

# EXHIBIT A

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE
# FINANCING STATEMENT FORM

Florida Secured Transaction Registry

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
CORPORATION SERVICE COMPANY; 18008585294

**B. Email** FLSOSUCCFILINGSV3@CSCGLOBAL.COM

**C. SEND ACKNOWLEDGEMENT TO:**
Name
Address
Address
City/State/Zip

# FILED

2024 Sep 06 02:46 PM

********* 202402373944 *********

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

---

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY **ONE** DEBTOR NAME **(1a OR 1b)** - Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| KKC RESTAURANTS INC | | | |

| 1.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1.c MAILING ADDRESS Line One | | | |
|---|---|---|---|
| 443 LAKE JUNE RD | This space not available. | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | LAKE PLACID | FL | 33852 | USA |

---

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY **ONE** DEBTOR NAME **(2a OR 2b)** - Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2.c MAILING ADDRESS Line One | | | |
|---|---|---|---|
| | This space not available. | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

---

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY **ONE** SECURED PARTY **(3a OR 3b)**

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | | |

| 3.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3.c MAILING ADDRESS Line One | | | |
|---|---|---|---|
| P.O. BOX 2576 UCCSPREP@CSCINFO.COM | This space not available. | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | SPRINGFIELD | IL | 62708 | USA |

---

**4. This FINANCING STATEMENT covers the following collateral:**

"ALL ASSETS THE DEBTOR NOW OWNS OR SHALL ACQUIRE OR CREATE IMMEDIATELY UPON THE ACQUISITION OR CREATION THEREOF, INCLUDING, BUT NOT LIMITED TO, ANY AND ALL (I) AMOUNTS OWING TO THE DEBTOR NOW OR IN THE FUTURE FROM ANY MERCHANT PROCESSOR(S) PROCESSING CHARGES MADE BY CUSTOMERS OF THE DEBTOR VIA CREDIT CARD OR DEBIT CARD TRANSACTIONS AND (II) ALL OTHER TANGIBLE AND INTANGIBLE PERSONAL PROPERTY, INCLUDING, BUT NOT LIMITED TO, (A) CASH AND CASH EQUIVALENTS, (B) INVENTORY, (C) EQUIPMENT, (D) INVESTMENT PROPERTY, INCLUDING CERTIFICATED AND UNCERTIFICATED SECURITIES, SECURITIES ACCOUNTS, SECURITY ENTITLEMENTS, COMMODITY CONTRACTS AND COMMODITY ACCOUNTS, (E) INSTRUMENTS, INCLUDING PROMISSORY NOTES, (F) CHATTEL PAPER, INCLUDING TANGIBLE CHATTEL PAPER AND ELECTRONIC CHATTEL PAPER, (G) DOCUMENTS, (H) LETTER OF CREDIT RIGHTS, (I) ACCOUNTS, INCLUDING HEALTH CARE INSURANCE RECEIVABLES, (J) DEPOSIT ACCOUNTS, (K) COMMERCIAL TORT CLAIMS, (L) GENERAL INTANGIBLES, INCLUDING PAYMENT INTANGIBLES AND

---

**5. ALTERNATE DESIGNATION** (if applicable)   ☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR
☐ AG LIEN   ☐ NON-UCC FILING   ☐ SELLER/BUYER

---

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☑ Florida Documentary Stamp Tax is not required.

---

**7. OPTIONAL FILER REFERENCE DATA**
2920 95783

---

**STANDARD FORM - FORM UCC-1 (REV.05/2013)**          **Filing Office Copy**          **Approved by the Secretary of State, State of Florida**

**STATE OF FLORIDA UNIFORM COMMERCIAL CODE
FINANCING STATEMENT FORM – ADDITIONAL INFORMATION**

**8. NAME OF FIRST DEBTOR (1a OR 1b) ON RELATED FINANCING STATEMENT**

| 8a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| KKC RESTAURANTS INC | | | |

| 8b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**9. ADDITIONAL COLLATERAL DESCRIPTION:**

SOFTWARE, AND (M) AS EXTRACTED COLLATERAL AS SUCH TERMS MAY FROM TIME TO TIME BE DEFINED IN THE UNIFORM COMMERCIAL CODE. THE SECURITY INTEREST DEBTOR GRANTS HEREIN INCLUDES ALL ACCESSIONS, ATTACHMENTS, ACCESSORIES, PARTS, SUPPLIES AND REPLACEMENTS FOR THE ABOVE COLLATERAL, ALL PRODUCTS, PROCEEDS AND COLLECTIONS THEREOF AND ALL RECORDS AND DATA RELATING THERETO."

# EXHIBIT B

KKC Restaurant
Projection of Cash Receipts and Disbursements
For the period ending 3/22/25

| For the week ending: | Week 1 12/7/24 | Week 2 12/14/24 | Week 3 12/21/24 | Week 4 12/28/24 | Week 5 1/4/25 | Week 6 1/11/25 | Week 7 1/18/25 | Week 8 1/25/25 | Week 9 2/1/25 | Week 10 2/8/25 | Week 11 2/15/25 | Week 12 2/22/25 | Week 13 3/1/25 | Week 14 3/8/25 | Week 15 3/15/25 | Week 16 3/22/25 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Sales | 35,000 | 30,000 | 30,000 | 35,000 | 38,000 | 30,000 | 32,000 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 | 28,000 | 38,000 | 38,000 | 38,000 | 562,000 |
| Total Receipts | 35,000 | 30,000 | 30,000 | 35,000 | 38,000 | 30,000 | 32,000 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 | 28,000 | 38,000 | 38,000 | 38,000 | 562,000 |
| **Disbursements** | | | | | | | | | | | | | | | | | |
| COGS Labor | 7,500 | 7,500 | 7,500 | 7,500 | 8,000 | 7,500 | 7,500 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 7,500 | 8,000 | 8,000 | 8,000 | 124,500 |
| COGS Food & Beverage | 12,000 | 12,000 | 12,000 | 12,000 | 15,000 | 12,000 | 12,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 12,000 | 15,000 | 15,000 | 15,000 | 219,000 |
| Advertising/Marketing | | 100 | | 100 | | 100 | | | 100 | | | 100 | | | | 100 | 800 |
| Auto Expense | | 1,215 | | 100 | | | 1,215 | 100 | | | 1,215 | 100 | | | 1,215 | | 5,160 |
| Bank & CC Fees | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 8,000 |
| Bookkeeping | 500 | | 500 | | 500 | | 500 | | 500 | | 500 | | 500 | | 500 | | 4,000 |
| Insurance [Table 1] | | 1,532 | 367 | 2,050 | | | 1,899 | | 2,050 | | 1,532 | 367 | 2,050 | | 1,532 | 367 | 13,746 |
| Payroll - Admin, PR Tax + Fees | 7,500 | 2,000 | 7,500 | 2,000 | 7,500 | 2,000 | 7,500 | 2,000 | 7,500 | 2,000 | 7,500 | 2,000 | 7,500 | 2,000 | 7,500 | 2,000 | 76,000 |
| Office & Admin Expenses | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 4,000 |
| Rent | 950 | | | 6,200 | 950 | | | 6,200 | 950 | | | 7,150 | | | | | 22,400 |
| Repairs & Maintenance | 750 | 750 | 1,100 | 750 | 750 | 750 | 1,100 | 750 | 750 | 750 | 1,100 | 750 | 750 | 750 | 1,100 | 750 | 13,400 |
| Restaurant Supplies | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 32,000 |
| Utility Exp | 1,000 | 1,000 | 1,000 | 1,550 | 1,000 | 1,000 | 1,000 | 1,000 | 1,550 | 1,000 | 1,000 | 1,000 | 1,550 | 1,000 | 1,000 | 1,000 | 17,650 |
| Sub-Chapter | | | | 1,000 | | | | 1,000 | | | | 1,000 | | | | 1,000 | 4,000 |
| Total Disbursements | 32,950 | 28,847 | 32,717 | 36,000 | 36,450 | 26,100 | 35,464 | 36,900 | 39,050 | 29,600 | 38,597 | 31,067 | 41,750 | 29,600 | 38,597 | 30,967 | 544,656 |
| Net Operating Cash Flows | 2,050 | 1,153 | (2,717) | (1,000) | 1,550 | 3,900 | (3,464) | 1,100 | (1,050) | 8,400 | (597) | 6,933 | (13,750) | 8,400 | (597) | 7,033 | 17,344 |
| Projected Beginning Cash as of 12/1/24 | 1,500 | | | | | | | | | | | | | | | | |
| Projected Ending Cash | 3,550 | 4,703 | 1,986 | 986 | 2,536 | 6,436 | 2,972 | 4,072 | 3,022 | 11,422 | 10,825 | 17,758 | 4,008 | 12,408 | 11,811 | 18,844 | 18,844 |

| For the week ending: | 12/7/24 | 12/14/24 | 12/21/24 | 12/28/24 | 1/4/25 | 1/11/25 | 1/18/25 | 1/25/25 | 2/1/25 | 2/8/25 | 2/15/25 | 2/22/25 | 3/1/25 | 3/8/25 | 3/15/25 | 3/22/25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Table 1 | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Week 15 | Week 16 |
| Insurance | | | | | | | | | | | | | | | | |
| ETI | | 1,532 | | | | | 1,532 | | | | 1,532 | | | | 1,532 | |
| Service Lloyd's (approx.) | | | 367 | | | | 367 | | | | | 367 | | | | 367 |
| Agile | | | | 2,050 | | | | | 2,050 | | | | 2050 | | | |
| Total | - | 1,532 | 367 | 2,050 | - | - | 1,899 | - | 2,050 | - | 1,532 | 367 | 2,050 | - | 1,532 | 367 |

# EXHIBIT C

**KKC Restaurant, Inc.**
**Profit and Loss Cash Basis**
**1/1/2024 - 11/29/2024**

|  | Total |
|---|---:|
| **Income** | |
| Sales | 1,572,154.18 |
| **Total Income** | **$ 1,572,154.18** |
| **Cost of Goods Sold** | |
| Direct Labor | 274,535.29 |
| Food & Beverage | 584,998.35 |
| **Total Cost of Goods Sold** | **$ 859,533.64** |
| **Gross Profit** | **$ 712,620.54** |
| **Expenses** | |
| Advertising/Website | 1,993.68 |
| Auto Expense | 63.16 |
| Bank Charges | 499.99 |
| Bookkeeping | 3,500.00 |
| Charitable Contributions | 200.00 |
| Dues & subscriptions | 923.99 |
| Entertainment & Meals | 767.60 |
| Gas And Fuel | 1,070.59 |
| Hauling | 4,281.82 |
| Insurance | 35,572.99 |
| Interest Paid | 420,148.55 |
| Legal & Professional Fees | 125,809.48 |
| Local Taxes | 2,005.02 |
| Merchant Fees | 32,736.66 |
| Office/General Administrative Expenses | 1,399.94 |
| Payroll Processing Fees | 3,921.00 |
| Pest Control | 3,677.90 |
| Rent Expense | 61,641.31 |
| Repairs & Maintenance | 29,215.21 |
| Restaurant Supplies | 20,661.23 |
| Salaries & Wages - Admin | 38,400.00 |
| Security | 4,120.31 |
| Taxes & Licenses | 6,117.92 |
| Taxes Paid - Employer | 45,359.58 |
| Telephone | 5,865.60 |
| Travel | 1,552.23 |
| Uniforms | 9,790.81 |
| Utilities | 34,007.71 |
| Work Comp Insurance | 3,763.00 |
| **Total Expenses** | **$ 899,067.28** |
| **Net Operating Income** | **-$ 186,446.74** |
| **Net Income** | **-$ 186,446.74** |

# EXHIBIT D

# Payroll Summary

| Check Date | Name | Hours | Total Paid | Tax Withheld | Deductions | Net Pay | Check No | Employer Liability | Total Expense |
|---|---|---|---|---|---|---|---|---|---|
| **Pay Frequency:** | Weekly | | | | | | | | |
| **Department:** | 001 - Server | | | | | | | | |
| 11/06/2024 | | 23.68 | 236.33 | 60.34 | 12.91 | 163.08 | DD | 38.32 | 274.65 |
| 11/06/2024 | | 29.78 | 297.20 | 163.07 | 11.64 | 122.49 | DD | 79.81 | 377.01 |
| 11/06/2024 | | 27.21 | 271.56 | 104.32 | 20.29 | 146.95 | DD | 55.46 | 327.02 |
| 11/06/2024 | | 20.13 | 200.90 | 45.73 | 0.00 | 155.17 | DD | 31.98 | 232.88 |
| 11/06/2024 | | 27.63 | 275.75 | 121.67 | 0.00 | 154.08 | DD | 62.22 | 337.97 |
| 11/06/2024 | | 11.97 | 119.46 | 34.41 | 0.00 | 85.05 | DD | 27.08 | 146.54 |
| 11/06/2024 | | 19.08 | 190.42 | 62.35 | 19.01 | 109.06 | DD | 42.71 | 233.13 |
| 11/06/2024 | | 30.97 | 309.08 | 135.57 | 2.31 | 171.20 | DD | 67.63 | 376.71 |
| 11/06/2024 | | 19.57 | 195.31 | 45.64 | 12.91 | 136.76 | DD | 31.95 | 227.26 |
| 11/06/2024 | | 22.40 | 223.55 | 70.97 | 25.63 | 126.95 | DD | 42.48 | 266.03 |
| 11/06/2024 | | 10.47 | 104.49 | 19.44 | 6.71 | 78.34 | DD | 19.45 | 123.94 |
| 11/06/2024 | | 16.46 | 164.27 | 67.80 | 8.69 | 87.78 | DD | 41.25 | 205.52 |
| 11/06/2024 | | 19.80 | 597.60 | 191.02 | 35.77 | 370.81 | DD | 89.22 | 686.82 |
| **Department Totals: 001 - Server** | | 279.15 | $3,185.92 | $1,122.33 | $155.87 | $1,907.72 | | $629.56 | $3,815.48 |
| **Total Net Pays for 001 - Server: 13** | | | | | | | | | |
| **Department:** | 1 - Manager | | | | | | | | |
| 11/06/2024 | | 0.00 | 800.00 | 116.68 | 14.68 | 668.64 | DD | 60.28 | 860.28 |
| **Department Totals: 1 - Manager** | | 0.00 | $800.00 | $116.68 | $14.68 | $668.64 | | $60.28 | $860.28 |
| **Total Net Pays for 1 - Manager: 1** | | | | | | | | | |
| **Department:** | 3 - kitchen | | | | | | | | |
| 11/06/2024 | | 32.89 | 427.57 | 47.39 | 0.00 | 380.18 | DD | 32.71 | 460.28 |
| 11/06/2024 | | 37.57 | 638.69 | 83.46 | 19.82 | 535.41 | DD | 47.34 | 686.03 |
| 11/06/2024 | | 34.62 | 450.06 | 50.41 | 5.37 | 394.28 | DD | 34.02 | 484.08 |
| 11/06/2024 | | 34.25 | 513.75 | 61.20 | 9.46 | 443.09 | DD | 38.68 | 552.43 |
| **Department Totals: 3 - kitchen** | | 139.33 | $2,030.07 | $242.46 | $34.65 | $1,752.96 | | $152.75 | $2,182.82 |
| **Total Net Pays for 3 - kitchen: 4** | | | | | | | | | |
| **Payment Checks:** | | | | | | | | | |
| 11/06/2024 | Globe Life Liberty National Dv | | | | | 205.20 | 20 | | |
| **Payment Check Totals:** | | | | | | $205.20 | | | |
| **Pay Frequency Totals: Weekly** | | 418.48 | $6,015.99 | $1,481.47 | $205.20 | $4,534.52 | | $842.59 | $6,858.58 |
| **Total Net Pays for Weekly frequency: 19** | | | | | | | | | |
| **Company Totals:** | | 418.48 | $6,015.99 | $1,481.47 | $205.20 | $4,534.52 | | $842.59 | $6,858.58 |
| **Total Net Pays for Company: 19** | | | | | | | | | |

Company: KKC Restaurants INC
Check date: 11/6/2024 - Payroll 1
Pay Period: 10/27/2024 to: 11/02/2024

1 of 1
Run Number: 0092

Date Printed: 11/27/2024 12:51
28294515 - LB/ORQ

## Payroll Summary

| Check Date | Name | Hours | Total Paid | Tax Withheld | Deductions | Net Pay | Check No | Employer Liability | Total Expense |
|---|---|---|---|---|---|---|---|---|---|
| Pay Frequency: | Weekly | | | | | | | | |
| Department: | 001 - Server | | | | | | | | |
| 11/13/2024 | | 20.72 | 206.79 | 65.73 | 12.91 | 128.15 | DD | 40.45 | 247.24 |
| 11/13/2024 | | 31.05 | 309.88 | 115.64 | 11.64 | 182.60 | DD | 61.34 | 371.22 |
| 11/13/2024 | | 22.91 | 228.64 | 73.72 | 20.29 | 134.63 | DD | 43.56 | 272.20 |
| 11/13/2024 | | 19.03 | 189.92 | 35.63 | 0.00 | 154.29 | DD | 27.61 | 217.53 |
| 11/13/2024 | | 42.33 | 434.08 | 151.34 | 0.00 | 282.74 | DD | 73.77 | 507.85 |
| 11/13/2024 | | 15.19 | 151.60 | 29.97 | 0.00 | 121.63 | DD | 25.16 | 176.76 |
| 11/13/2024 | | 20.92 | 208.78 | 75.37 | 19.01 | 114.40 | DD | 44.46 | 253.24 |
| 11/13/2024 | | 24.33 | 242.81 | 76.11 | 2.31 | 164.39 | DD | 44.48 | 287.29 |
| 11/13/2024 | | 9.25 | 92.32 | 10.77 | 12.91 | 68.64 | DD | 10.77 | 103.09 |
| 11/13/2024 | | 23.21 | 231.64 | 64.72 | 25.63 | 141.29 | DD | 40.05 | 271.69 |
| 11/13/2024 | | 10.83 | 108.08 | 25.96 | 6.71 | 75.41 | DD | 23.43 | 131.51 |
| 11/13/2024 | | 22.92 | 228.74 | 63.70 | 8.69 | 156.35 | DD | 39.66 | 268.40 |
| 11/13/2024 | | 19.60 | 595.61 | 154.30 | 35.77 | 405.54 | DD | 74.92 | 670.53 |
| **Department Totals: 001 - Server** | | 282.29 | $3,228.89 | $942.96 | $155.87 | $2,130.06 | | $549.66 | $3,778.55 |
| **Total Net Pays for 001 - Server: 13** | | | | | | | | | |
| Department: | 1 - Manager | | | | | | | | |
| 11/13/2024 | | 0.00 | 800.00 | 116.67 | 14.68 | 668.65 | DD | 60.28 | 860.28 |
| **Department Totals: 1 - Manager** | | 0.00 | $800.00 | $116.67 | $14.68 | $668.65 | | $60.28 | $860.28 |
| **Total Net Pays for 1 - Manager: 1** | | | | | | | | | |
| Department: | 3 - kitchen | | | | | | | | |
| 11/13/2024 | | 34.51 | 448.63 | 51.10 | 0.00 | 397.53 | DD | 34.33 | 482.96 |
| 11/13/2024 | | 37.55 | 638.35 | 83.39 | 19.82 | 535.14 | DD | 47.32 | 685.67 |
| 11/13/2024 | | 32.70 | 425.10 | 46.01 | 5.37 | 373.72 | DD | 32.11 | 457.21 |
| 11/13/2024 | | 35.81 | 537.15 | 65.78 | 9.46 | 461.91 | DD | 40.47 | 577.62 |
| **Department Totals: 3 - kitchen** | | 140.57 | $2,049.23 | $246.28 | $34.65 | $1,768.30 | | $154.23 | $2,203.46 |
| **Total Net Pays for 3 - kitchen: 4** | | | | | | | | | |
| Payment Checks: | | | | | | | | | |
| 11/13/2024 | Globe Life Liberty National Dv | | | | | 205.20 | 21 | | |
| **Payment Check Totals:** | | | | | | $205.20 | | | |
| **Pay Frequency Totals: Weekly** | | 422.86 | $6,078.12 | $1,305.91 | $205.20 | $4,772.21 | | $764.17 | $6,842.29 |
| **Total Net Pays for Weekly frequency: 19** | | | | | | | | | |
| **Company Totals:** | | 422.86 | $6,078.12 | $1,305.91 | $205.20 | $4,772.21 | | $764.17 | $6,842.29 |
| **Total Net Pays for Company: 19** | | | | | | | | | |

Company: KKC Restaurants INC
Check date: 11/13/2024 - Payroll 1
Pay Period: 11/03/2024 to: 11/09/2024

1 of 1
Run Number: 0093

Date Printed: 11/27/2024 12:52
28294515 - LB/ORQ

## Payroll Summary

| Check Date | Name | Hours | Total Paid | Tax Withheld | Deductions | Net Pay | Check No | Employer Liability | Total Expense |
|---|---|---|---|---|---|---|---|---|---|
| **Pay Frequency:** | Weekly | | | | | | | | |
| **Department:** | 001 - Server | | | | | | | | |
| 11/20/2024 | | 12.63 | 126.05 | 18.07 | 12.91 | 95.07 | DD | 18.06 | 144.11 |
| 11/20/2024 | | 30.73 | 306.69 | 116.59 | 11.64 | 178.46 | DD | 61.71 | 368.40 |
| 11/20/2024 | | 33.57 | 335.03 | 135.12 | 20.29 | 179.62 | DD | 67.46 | 402.49 |
| 11/20/2024 | | 26.74 | 266.87 | 97.85 | 0.00 | 169.02 | DD | 52.95 | 319.82 |
| 11/20/2024 | | 18.65 | 186.13 | 46.92 | 0.00 | 139.21 | DD | 32.51 | 218.64 |
| 11/20/2024 | | 19.28 | 192.41 | 60.88 | 0.00 | 131.53 | DD | 38.56 | 230.97 |
| 11/20/2024 | | 8.53 | 85.13 | 13.97 | 19.01 | 52.15 | DD | 13.97 | 99.10 |
| 11/20/2024 | | 32.57 | 325.05 | 132.23 | 2.31 | 190.51 | DD | 66.33 | 391.38 |
| 11/20/2024 | | 9.17 | 91.52 | 11.06 | 12.91 | 67.55 | DD | 11.06 | 102.58 |
| 11/20/2024 | | 32.51 | 324.45 | 85.90 | 25.63 | 212.92 | DD | 48.29 | 372.74 |
| 11/20/2024 | | 11.25 | 111.26 | 22.54 | 0.00 | 88.72 | DD | 23.95 | 135.21 |
| 11/20/2024 | | 28.88 | 288.22 | 104.52 | 6.71 | 176.99 | DD | 55.54 | 343.76 |
| 11/20/2024 | | 7.86 | 78.44 | 9.39 | 8.69 | 60.36 | DD | 9.39 | 87.83 |
| 11/20/2024 | | 22.87 | 228.24 | 107.82 | 35.77 | 84.65 | DD | 56.83 | 285.07 |
| **Department Totals: 001 - Server** | | 295.24 | $2,945.49 | $962.86 | $155.87 | $1,826.76 | | $556.61 | $3,502.10 |
| **Total Net Pays for 001 - Server: 14** | | | | | | | | | |
| **Department:** | 1 - Manager | | | | | | | | |
| 11/20/2024 | | 0.00 | 800.00 | 116.69 | 14.68 | 668.63 | DD | 60.28 | 860.28 |
| **Department Totals: 1 - Manager** | | 0.00 | $800.00 | $116.69 | $14.68 | $668.63 | | $60.28 | $860.28 |
| **Total Net Pays for 1 - Manager: 1** | | | | | | | | | |
| **Department:** | 3 - kitchen | | | | | | | | |
| 11/20/2024 | | 31.59 | 410.67 | 44.41 | 0.00 | 366.26 | DD | 31.41 | 442.08 |
| 11/20/2024 | | 38.29 | 650.93 | 85.86 | 19.82 | 545.25 | DD | 48.28 | 699.21 |
| 11/20/2024 | | 38.86 | 505.18 | 60.13 | 5.37 | 439.68 | DD | 38.24 | 543.42 |
| 11/20/2024 | | 35.01 | 525.15 | 63.44 | 9.46 | 452.25 | DD | 39.55 | 564.70 |
| **Department Totals: 3 - kitchen** | | 143.75 | $2,091.93 | $253.84 | $34.65 | $1,803.44 | | $157.48 | $2,249.41 |
| **Total Net Pays for 3 - kitchen: 4** | | | | | | | | | |
| **Payment Checks:** | | | | | | | | | |
| 11/20/2024 | Globe Life Liberty National Dv | | | | | 205.20 | 22 | | |
| **Payment Check Totals:** | | | | | | $205.20 | | | |
| **Pay Frequency Totals: Weekly** | | 438.99 | $5,837.42 | $1,333.39 | $205.20 | $4,504.03 | | $774.37 | $6,611.79 |
| **Total Net Pays for Weekly frequency: 20** | | | | | | | | | |
| **Company Totals:** | | 438.99 | $5,837.42 | $1,333.39 | $205.20 | $4,504.03 | | $774.37 | $6,611.79 |
| **Total Net Pays for Company: 20** | | | | | | | | | |

Company: KKC Restaurants INC

Check date: 11/20/2024 - Payroll 1

Pay Period: 11/10/2024 to: 11/16/2024

1 of 1

Run Number: 0095

Date Printed: 11/27/2024 12:52

28294515 - LB/ORQ

# Payroll Summary

| Check Date | Name | Hours | Total Paid | Tax Withheld | Deductions | Net Pay | Check No | Employer Liability | Total Expense |
|---|---|---|---|---|---|---|---|---|---|
| Pay Frequency: | Weekly | | | | | | | | |
| Department: | 001 - Server | | | | | | | | |
| 11/27/2024 | | 34.95 | 348.80 | 118.38 | 12.91 | 217.51 | DD | 60.94 | 409.74 |
| 11/27/2024 | | 28.44 | 283.83 | 156.21 | 11.64 | 115.98 | DD | 77.13 | 360.96 |
| 11/27/2024 | | 25.78 | 257.28 | 75.57 | 20.29 | 161.42 | DD | 44.27 | 301.55 |
| 11/27/2024 | | 16.65 | 166.17 | 28.79 | 0.00 | 137.38 | DD | 24.65 | 190.82 |
| 11/27/2024 | | 22.52 | 224.75 | 75.56 | 0.00 | 149.19 | DD | 44.27 | 269.02 |
| 11/27/2024 | | 11.83 | 118.06 | 22.65 | 19.01 | 76.40 | DD | 21.99 | 140.05 |
| 11/27/2024 | | 21.81 | 217.66 | 65.68 | 2.31 | 149.67 | DD | 40.42 | 258.08 |
| 11/27/2024 | | 21.45 | 214.07 | 47.32 | 12.91 | 153.84 | DD | 32.68 | 246.75 |
| 11/27/2024 | | 20.75 | 207.09 | 50.51 | 25.63 | 130.95 | DD | 34.07 | 241.16 |
| 11/27/2024 | | 6.73 | 66.56 | 13.05 | 0.00 | 53.51 | DD | 14.23 | 80.79 |
| 11/27/2024 | | 24.71 | 246.61 | 56.18 | 6.71 | 183.72 | DD | 36.52 | 283.13 |
| 11/27/2024 | | 29.56 | 295.01 | 108.10 | 8.69 | 178.22 | DD | 56.94 | 351.95 |
| 11/27/2024 | | 13.37 | 533.43 | 96.43 | 35.77 | 401.23 | DD | 52.40 | 585.83 |
| Department Totals: 001 - Server | | 278.55 | $3,179.32 | $914.43 | $155.87 | $2,109.02 | | $540.51 | $3,719.83 |
| Total Net Pays for 001 - Server: 13 | | | | | | | | | |
| Department: | 1 - Manager | | | | | | | | |
| 11/27/2024 | | 0.00 | 800.00 | 116.67 | 14.68 | 668.65 | DD | 60.28 | 860.28 |
| Department Totals: 1 - Manager | | 0.00 | $800.00 | $116.67 | $14.68 | $668.65 | | $60.28 | $860.28 |
| Total Net Pays for 1 - Manager: 1 | | | | | | | | | |
| Department: | 3 - kitchen | | | | | | | | |
| 11/27/2024 | | 33.44 | 434.72 | 48.66 | 0.00 | 386.06 | DD | 33.25 | 467.97 |
| 11/27/2024 | | 38.60 | 656.20 | 86.88 | 19.82 | 549.50 | DD | 48.69 | 704.89 |
| 11/27/2024 | | 25.91 | 336.83 | 30.44 | 5.37 | 301.02 | DD | 25.36 | 362.19 |
| 11/27/2024 | | 36.85 | 552.75 | 68.86 | 9.46 | 474.43 | DD | 41.66 | 594.41 |
| Department Totals: 3 - kitchen | | 134.80 | $1,980.50 | $234.84 | $34.65 | $1,711.01 | | $148.96 | $2,129.46 |
| Total Net Pays for 3 - kitchen: 4 | | | | | | | | | |
| Payment Checks: | | | | | | | | | |
| 11/27/2024 | Globe Life Liberty National Dv | | | | | 205.20 | 23 | | |
| Payment Check Totals: | | | | | | $205.20 | | | |
| Pay Frequency Totals: Weekly | | 413.35 | $5,959.82 | $1,265.94 | $205.20 | $4,693.88 | | $749.75 | $6,709.57 |
| Total Net Pays for Weekly frequency: 19 | | | | | | | | | |
| Company Totals: | | 413.35 | $5,959.82 | $1,265.94 | $205.20 | $4,693.88 | | $749.75 | $6,709.57 |
| Total Net Pays for Company: 19 | | | | | | | | | |

# EXHIBIT E

**Utility Service - Schedule**
**(L)(2)(a)-(f)**

| Name | Address1 | Address2 | City, State Zip | Address Source | Delinquent | Avg Monthly Bill |
|------|----------|----------|-----------------|----------------|-----------|------------------|
| CenturyLink | PO Box 1319 | | Charlotte, NC 28201-1319 | Per invoice | $155.40 | $183.75 |
| CenturyLink | 100 Centurylink Drive | | Monroe, LA 71203 | FL SOS Business Search | | |
| | | | | CA SOS Business Search | | |
| Coker Fuel, Inc. | PO Box 509 | | Sebring, FL 33871 | Per invoice | $1,626.67 | $1,052.16 |
| Coker Fuel, Inc. | 3515 US-27 | | Sebring, FL 33870 | FL SOS Business Search | | |
| | | | | www.cokerfuel.com | | |
| Comcast | PO Box 71211 | | Charlotte, NC 28272-1211 | Per invoice | $223.74 | $223.74 |
| Comcast | Attn: CEO, President, Officer | 1701 JFK Blvd | Philadelphia, PA 19103 | FL SOS Business Search | | |
| | | | | CA SOS Business Search | | |
| Duke Energy | PO Box 1090 | | Charlotte, NC 28201-1090 | Per invoice | $3,461.31 | $1,545.54 |
| Duke Energy | Attn: CEO, President, Officer | 525 S Tryon St | Charlotte, NC 28202 | FL SOS Business Search | | |
| | | | | CA SOS Business Search | | |
| Sebring Hauling | 5151 Kenilworth Blvd | District No 6437 | Sebring, FL 33870-4627 | Per invoice | $155.40 | $612.94 |
| Waste Conn. of Fl, Inc. | 3 Waterway Square Pl | Ste 110 | The Woodlands, TX 77380 | FL SOS Business Search | | |
| Ecolab | 100 Village Square Crossing | Ste 102 | Palm Beach Gardens, FL 33410 | FL SOS Business Search | | $155.40 |
| | | | | CA SOS Business Search | | |
| NuCO2 | Attn: CEO, President, Officer | 2800 SE Market Place | Stuart, FL 34997 | FL SOS Business Search | | $189.42 |
| | | | | CA SOS Business Search | | |
| | | | | Company Website | | |
| Town of Lake Placid | 1069 US Hwy 27 N | | Lake Placid, FL 33852 | Per invoice | $183.75 | $159.08 |
| | | | | www.lakeplacidfl.net | | |
| | | | | Total: | $5,806.26 | $4,122.03 |